UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KEN JAMISON, a Washington resident, KRISTIN JAMISON, a Washington resident, BRYAN FIX, a Washington resident, and KIMBERLY FIX, a Washington resident,<br><br>　　　　　　　Defendants. | NO:  2:20-CV-0130-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Joint Stipulated Motion for Order of Dismissal with Prejudice (ECF No. 12).  The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B) and provides for the dismissal of all claims between them in the current action with prejudice, and without costs or attorney fees awarded to either party.  The Court has reviewed the record and files herein, and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or attorney fees awarded to either party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** September 16, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2